■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AARON ESPINOZA, Appellant. [998 NYS2d 629]—

Judgment, Supreme Court, New York County (Gregory Carro, J.), rendered November 28, 2012, convicting defendant, upon his plea of guilty, of aggravated unlicensed operation of a motor vehicle in the first degree, and sentencing him to a term of 45 days and a $500 fine, unanimously affirmed.

The record establishes that defendant's plea was entered knowingly, intelligently and voluntarily (*see People v Harris*, 61 NY2d 9, 16-19 [1983]; *compare People v Tyrell*, 22 NY3d 359 [2013]). The alleged deficiency in the plea allocution did not constitute a mode of proceedings error or call into question the voluntariness of the plea. Concur—Mazzarelli, J.P., Renwick, DeGrasse, Richter and Clark, JJ.